IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | CRIMINAL NO. 4:18-CR-6-001 |
| **MARCUS CROCKER** | |

## ORDER

The defendant, Marcus Crocker, has filed a motion asking for credit for time served while in state custody. In his motion, Mr. Crocker requests credit for time served (14 months). It is noted that when Mr. Crocker appeared for his initial appearance on February 13, 2018, he was brought to the Court on a writ. At that time, he was being held by the Georgia Department of Corrections, for a violation of his state parole in Stewart County, Georgia Superior Court, Docket Nos. 12CR70 and 14CR59. According to the Bureau of Prisons, the state of Georgia has credited him with the same time in a state parole revocation hearing; therefore, the Bureau of Prisons elected not to credit his federal sentence with the same time, pursuant to 18 U.S.C. § 3585(b). The consecutive sentence by the Court did not allow his Federal sentence to begin running until after he had served the state sentence.

Therefore, having considered the motion and the specific findings listed above, the motion is hereby **DENIED**.

So ordered this 23rd day of August, 2022.



s/Clay D. Land
HONORABLE CLAY D. LAND
U.S. DISTRICT JUDGE