```
          IN THE UNITED STATES DISTRICT COURT
         FOR THE MIDDLE DISTRICT OF GEORGIA
                  COLUMBUS DIVISION
```

UNITED STATES OF AMERICA,    *

                                            *

vs.

                                            *
           CASE NO. 4:18-cr-6-CDL-MSH

MARCUS L. CROCKER,           *

    Defendant.               *

## O R D E R

This matter is before the Court pursuant to a Report and Recommendation by the United States Magistrate Judge entered on February 1, 2023. There was no objection to this Recommendation as permitted by 28 U.S.C. § 636(b)(1). Therefore, the Court reviews the Recommendation for clear error. Finding no clear error, the Court adopts the Recommendation of the Magistrate Judge and makes it the order of this Court, including the denial of a certificate of appealability.

IT IS SO ORDERED, this 5th day of June, 2023.

                                          S/Clay D. Land  
                                          CLAY D. LAND  
                                          U.S. DISTRICT COURT JUDGE  
                                          MIDDLE DISTRICT OF GEORGIA