IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| MARCUS L. CROCKER, | * |
| Petitioner, | * |
| v. | Case No. 4:18-CR-6-CDL-MSH |
| | * |
| UNITED STATES OF AMERICA, | |
| | * |
| Respondent. | |
| | * |

## JUDGMENT

Pursuant to this Court's Order dated June 5, 2023, and for the reasons stated therein, JUDGMENT is hereby entered in favor of Respondent.

This 5th day of June, 2023.

David W. Bunt, Clerk

s/ Elizabeth S. Long, Deputy Clerk